# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

## AUTHORIZATION/CERTIFICATION FOR REIMBURSEMENT

VOUCHER NUMBER DCF-

**Please** type or print with ballpoint pen.

Case Title: Windsor W. Kessler, III v. Randall Pass, Leslee Brooks, and William True III, Warden of the United States Penitentiary - Marion, Illinois In His Official Capacity
Case Number 18-CV-530-JPG-DGW
Presiding Judge/Magistrate: J. Phil Gilbert
Firm or Business Name Erickson Law Firm, LLC
Business Phone 314-608-0628
Street Address 530 Maryville Centre, Room No. 250
City: St. Louis  State MO  Zip  63141
Name of Party Represented Windsor W. Kessler, III

### ITEMIZED EXPENSES

| Item | Amount |
|---|---|
| Depositions and Transcripts | $ |
| Investigative, Expert or Other Services | $ 3,050.00 |
| Travel Expenses | $ |
| Witness Fees | $ |
| Interpreter Services | $ |
| Photographs, Photocopies, Telephone Toll Calls, Telegrams | $ |
| Other (Please attach description) | $ |
| **TOTAL AMOUNT CLAIMED** | **$ 3,050.00** |

I swear (or affirm) the truth and correctness of the above statements and that each of the listed expenses were, in my best judgment, necessary for the adequate preparation and presentation of the above-named case. I hereby request reimbursement for the total amount of expenses incurred in the preparation of this case.

Attorney's Signature  /s/ J. Steven Erickson  Date  7/11/2019

Approved/Certified for payment _[signature]_ Date 7/19/19  Certified $ 2,000

**FOR OFFICE USE ONLY**
Amount Remitted: $ _____  Check Number _____
Financial Officer's Signature _____  Date _____